# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| KOREY MOORE, *Plaintiff*, v. FASKEN OIL AND RANCH, LTD., LIGHTNING OILFIELD SERVICES, INC., HELMERICH & PAYNE, INC. and COSME TIJERINA, *Defendants*. | CIVIL ACTION NO. MO: 23-CV-00201-DC |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Korey Moore and hereby files this Notice of Settlement as to Defendants Fasken Oil and Ranch, Ltd. Lightning Oilfield Services, Inc., and Cosme Tijerina. Plaintiff will file dismissal documents upon receipt of settlement payment.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER**

By: */s/ Muhammad S. Aziz*
    Muhammad S. Aziz
    Texas Bar No. 24043538
    Federal Bar No. 868540
    800 Commerce Street
    Houston, Texas 77002
    Telephone: (713) 222-7211
    Facsimile: (713) 225-0827
    Email: maziz@awtxlaw.com

-and-

REYNA INJURY LAWYERS, P.C.

By: */s/ Juan P. Reyna*
    Juan P. Reyna
    Texas Bar No. 24027649
    5656 S. Staples, Ste 114
    Corpus Christi, Texas 78411
    Telephone: (361) 993-8100
    Facsimile: (361) 993-8101
    Email: jr@jreynalawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 12th day of August 2024, pursuant to the Federal Rules of Civil Procedure.

        */s/ Muhammad S. Aziz*
        Muhammad S. Aziz