UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| KOREY MOORE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| FASKEN OIL AND RANCH, LTD., | § | Civil Action No. MO:23-cv-00201-DC-RCG |
| LIGHTNING OILFIELD SERVICES, INC., | § | |
| HELMERICH & PAYNE, INC. and | § | |
| COSME TIJERINA, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Korey Moore, in the above-entitled and numbered cause, and files its Motion to Dismiss with Prejudice, and respectfully shows the following:

**I.**

Plaintiff has resolved all of his claims, no longer wishes to pursue any additional claims, and moves to have this case dismissed with prejudice. Plaintiff notes that the Court previously granted a motion for summary judgment to Defendant Lightning Oilfield Services, Inc. on July 17, 2024 (document # 57). That order which was interlocutory becomes final with the entry of the Order granting Plaintiff's motion to dismiss with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Korey Moore, prays that this Motion to Dismiss with Prejudice be in all things granted. Plaintiff further moves that the Court enter an Order assessing all costs against the Party incurring the same.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
AGOSTO, AZIZ & STOGNER**

By: */s/ Muhammad S. Aziz*
    Muhammad S. Aziz
    Texas Bar No. 24043538
    Federal Bar No. 868540
    800 Commerce Street
    Houston, Texas 77002
    Telephone: (713) 222-7211
    Facsimile:  (713) 225-0827
    Email:  maziz@awtxlaw.com

    -and-

**REYNA INJURY LAWYERS, P.C.**

By: */s/ Juan P. Reyna*
    Juan P. Reyna
    Texas Bar No. 24027649
    5656 S. Staples, Ste 114
    Corpus Christi, Texas 78411
    Telephone: (361) 993-8100
    Facsimile:  (361) 993-8101
    Email:  jr@jreynalawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 30th day of August, 2024, pursuant to the Federal Rules of Civil Procedure.

    */s/ Muhammad S. Aziz*
    Muhammad S. Aziz